01
02
03
04

05                 UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
06                          AT SEATTLE

| | | |
|---|---|---|
| 07 | LINDA M. PARSON, ) | CASE NO. C03-0548-RSL |
| | ) | |
| 08 | Plaintiff, ) | |
| | ) | |
| 09 | v. ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| 10 | JO ANNE B. BARNHART, Commissioner ) | MOTION FOR AUTHORIZATION |
| | of Social Security ) | OF ATTORNEY FEE PURSUANT TO |
| 11 | ) | 42 U.S.C. § 406(b) |
| | Defendant. ) | |
| 12 | _____ ) | |

13       Plaintiff filed a motion for authorization of attorney fee under 42 U.S.C. § 406(b). (Dkt.

14 25) Defendant does not object to plaintiff's request. (Dkt. 27.) Having considered plaintiff's

15 motion and the accompanying documents, it is hereby ORDERED that:

16       (1)     The Court grants plaintiff's motion and authorizes an attorney fee of **$9,417.18**

17 in accordance with 42 U.S.C. § 406(b). The Social Security Administration is ordered to pay

18 plaintiff's counsel **$6,290.18** which it continues to withhold from plaintiff's past-due benefits as

19 a potential attorney's fee and to pay directly to plaintiff Linda M. Parson **$3,127.00**, the attorney

20 fee already paid to plaintiff's counsel in accordance with 28 U.S.C. § 2412, the Equal Access to

21 Justice Act.

22       (2)     Defendant will release the above-described fee amounts within **thirty days (30)**

ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION
OF ATTORNEY FEE PURSUANT TO 42 U.S.C. § 406(b)
PAGE -1

of the date of this Order.

(3) The Clerk shall send copies of this Order to the parties and to the Hon. Mary Alice Theiler.

DATED this 17th day of July, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

Recommended for entry
this <u>14th</u> day of July, 2006.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION
OF ATTORNEY FEE PURSUANT TO 42 U.S.C. § 406(b)
PAGE -2